A. SIDNEY DAVISON COAL COMPANY, INC., Appellant, *v.* WESTON, DODSON & COMPANY, INC., Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 209 App. Div. 514.

(Submitted January 19, 1925; decided February 3, 1925.)

MOTION to dismiss an appeal from a judgment, entered June 27, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming in part and reversing in part a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Chauncey Belknap* for motion.

*Jacob M. Kram* opposed.

Motion denied, with ten dollars costs.